1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    KAREEM J. HOWELL,                      Case No. 1:18-cv-01685-JDP

12                  Plaintiff,

13         v.                                ORDER DIRECTING THE CLERK TO CLOSE
                                             THE CASE
14    A. RANDOLPH,

15                  Defendant.               ECF No. 12

16

17         Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought

18    under 42 U.S.C. § 1983.  On February 28, 2019, the parties participated in a settlement

19    conference and agreed to settle the case.  ECF No. 11.  On March 1, 2019, plaintiff voluntarily

20    dismissed the case.  ECF No. 12.  Accordingly, the clerk is directed to close this case.  All other

21    pending motions are denied as moot.

22

23    IT IS SO ORDERED.

24

25    Dated:    August 11, 2019

         _____
         UNITED STATES MAGISTRATE JUDGE

26

27

28    No. 204